UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 19-cr-0149 (WMW/KMM) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| Dontay Lavarice Reese, | |
| Defendant. | |

---

This matter is before the Court on Defendant Dontay Lavarice Reese's applications to proceed *in forma pauperis* (IFP) on appeal from the denial of his motion to waive the fee for transcripts. (Dkts. 170, 172.) Reese was found to be financially unable to obtain an adequate defense through his own resources and, therefore, he may proceed IFP on appeal unless the Court "certifies that the appeal is not taken in good faith." Fed. R. App. P. 24(a)(3). Although the question is close, this Court will not certify Reese's appeal as frivolous or taken without good faith. Accordingly, Reese may proceed IFP on appeal without further authorization of the Court. To make clear that Reese may proceed IFP on appeal, however, his IFP applications are granted.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Dontay Lavarice Reese's applications to proceed *in forma pauperis*, (Dkts. 170, 172), are **GRANTED**.

Dated: July 22, 2022

      s/Wilhelmina M. Wright
      Wilhelmina M. Wright
      United States District Judge